UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TAMER ESSA, *on behalf of himself and others similarly situated in the proposed FLSA Collective Action,*<br><br>      *Plaintiff,*<br><br>v.<br><br>EAST SIDE PIZZA CORP., 1580 FOOD CORP., HESHAM ATTIA, and MOHAMED MORSI,<br><br>      *Defendants.* | **NOTICE OF APPEARANCE**<br><br>1:24-cv-05080-AT |

To the Clerk of this Court and all parties of record:

  Please enter my appearance as counsel in this case for defendants EAST SIDE PIZZA CORP., 1580 FOOD CORP., and HESHAM ATTIA (collectively "Defendants"). I certify that I am admitted to practice in this court.

Date: July 16, 2024            Law Offices of Michael Chong, LLC

                    S/*Michael K. Chong*
                    Michael K. Chong, Esq.
                    *Attorney for Defendants*

                    2 Executive Drive, Ste. 240
                    Fort Lee, NJ 07024
                    Ph#: (201) 947-5200
                    Fx#: (201) 708-6676

                    300 Hudson Street, Ste. 10
                    Hoboken, NJ 07030
                    Ph#: (201) 708-6675
                    Fx#: (201) 708-6676

                    32 East 57th Street, 8th Fl.,
                    New York, NY 10022
                    Ph#: (212) 726-1104
                    Fx#: (212) 726-3104
                    MKC@mkclawgroup.com