

**WWW.MKCLAWGROUP.COM**
LAW OFFICES OF MICHAEL K. CHONG, LLC

| NEW YORK: | FORT LEE: | HOBOKEN: |
|---|---|---|
| 32 EAST 57TH STREET, 8TH FL. | 2 EXECUTIVE DRIVE, STE. 240 | 300 HUDSON STREET. STE. 10 |
| NEW YORK, NEW YORK 10022 | FORT LEE, NEW JERSEY 07024 | HOBOKEN, NEW JERSEY 07024 |
| (212) 726-1104 | (201) 947-5200 | (201) 708-6675 |
| FAX (212) 726-3104 | FAX (201) 708-6676 | FAX (201) 708-6676 |

*\* Please Reply to: FORT LEE*

EMAIL: MKC@MKCLAWGROUP.COM

July 16, 2024

<u>Via ECF; Total Pages: 2</u>
Hon. Analisa Torres, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl St.
New York, NY 10007-1312

  Re: Essa v. East Side Pizza Corp. et al
  Docket No. 1:24-cv-05080-AT

Dear Judge Torres:

  This office has recently been retained to represent defendants East Side Pizza Corp., 1580 Food corp., and Hesham Attia (collectively referred to as "Defendants") in the above-referenced matter. I have filed my Notice of Appearance today.

  The Court Docket indicates that the Complaint was filed on July 3, 2024 and there is currently no date for the Answer to Complaint. Pursuant to Paragraph I (C) of Your Honor's Individual Practices, I am submitting this letter-motion to respectfully request a thirty-day (30) day extension of time to August 14, 2024 to respond to the Complaint. I am respectfully requesting this extension so that I can meet with my new clients, and gather all relevant facts and information, so that I can properly assess this matter, and respond to the Complaint accordingly. In addition, once I have all of the facts and information from my new client, I will also seek to explore the potential for resolution with Plaintiff's counsel.

  I have conferred with Plaintiff's counsel, and he has consented to this thirty (30) day extension. This is the first request for an extension of time to respond to the Complaint. There are no scheduled dates that would be affected by this extension.

  Thank you for your kind consideration and courtesies regarding this matter.

                                          Respectfully submitted,

                                          s/ *Michael K. Chong*

                                          Michael K. Chong, Esq.

MKC/ml
cc: Plaintiff's counsel (*via ECF*)

2

3