# LEVIN-EPSTEIN & ASSOCIATES, P.C.
_____

60 East 42nd Street • Suite 4700 • New York, New York 10165
T: 212.792.0046 • E: Jason@levinepstein.com

October 16, 2024

***Via Electronic Filing***
The Hon. Analisa Torres, U.S.D.J.
U.S. District Court, Southern District of New York
500 Pearl St.
New York, NY 10007-1312

Re:   <u>Essa v. East Side Pizza Corp. et al</u>
<u>Case No.: 24-cv-05080</u>

Dear Honorable Judge Torres:

    This law firm represents Plaintiff Tamer Essa (the "Plaintiff") in the above-referenced matter. This letter is submitted jointly with counsel for Defendants East Side Pizza Corp., 1580 Food Corp., and Hesham Attia (collectively, the "Appearing Defendants").

    Pursuant to Your Honor's Individual Motion Practice Rules, and the directives contained in Your Honor's September 13, 2024 Civil Case Management Plan and Scheduling Order [Dckt. No. 17], this joint letter respectfully serves to provide the Court with a status update in the above-referenced action.

    Counsel for the parties met-and-conferred on August 15, 2024.

    On October 16, 2024, Plaintiff satisfied his disclosure obligations under the Court's July 17, 2024 Mediation Referral Order.

    On October 15, 2024, Defendants satisfied their disclosure obligations under the Court's July 17, 2024 Mediation Referral Order.

    Thank you, in advance, for your time and attention to this matter.

                                     Respectfully submitted,

                                     LEVIN-EPSTEIN & ASSOCIATES, P.C.

                              By: */s/ Jason Mizrahi*
                                  Jason Mizrahi, Esq.
                                  60 East 42nd Street, Suite 4700
                                  New York, New York 10165
                                  Tel. No.:  (212) 792-0048
                                  Email: Jason@levinepstein.com
                                  *Attorneys for Plaintiff*

VIA ECF: All Counsel