

**WWW.MKCLAWGROUP.COM**
LAW OFFICES OF MICHAEL K. CHONG, LLC

| NEW YORK: | FORT LEE: | HOBOKEN: |
|---|---|---|
| 32 EAST 57TH STREET, 8TH FL. | 2 EXECUTIVE DRIVE, STE. 240 | 300 HUDSON STREET. STE. 10 |
| NEW YORK, NEW YORK 10022 | FORT LEE, NEW JERSEY 07024 | HOBOKEN, NEW JERSEY 07024 |
| (212) 726-1104 | (201) 947-5200 | (201) 708-6675 |
| FAX (212) 726-3104 | FAX (201) 708-6676 | FAX (201) 708-6676 |

*Please Reply to: FORT LEE*

EMAIL: MKC@MKCLAWGROUP.COM

November 22, 2024

<u>Via ECF; Total Pages: 1</u>
Hon. Analisa Torres, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

  Re: Essa v. East Side Pizza Corp. et al
    Docket No. 1:24-cv-05080-AT

Dear Judge Torres:

  This office represents defendants East Side Pizza Corp., 1580 Food Corp., and Hesham Attia (hereinafter collectively referred to as "Defendants") in the above referenced matter. Pursuant to Your Honor's Minute Entry dated October 23, 2024, the parties must submit a Mediation status letter to the court by November 22, 2024. Defendants have reached out to Plaintiff's counsel multiple times to prepare and file this joint letter, with no response. As such, please kindly accept the following status report by Defendants.

  The parties participated in a Zoom Mediation before Mediator Rebecca Houlding on October 23, 2024. Unfortunately, the parties were not able to reach a settlement. In an effort to settle this matter, Plaintiff's Counsel has sent to Defendant a request for certain financial disclosures to confirm Defendants' inability to pay status. Defendants have sent a response to Plaintiff's request. We are waiting for their response. Thank you for your kind consideration and courtesies as to this matter.

            Respectfully submitted,

            s/ *Michael K. Chong*

            Michael K. Chong, Esq.

MKC/sc
cc: Plaintiff's counsel (Via ECF)

1