```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _11/27/2024_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Tamer Essa, on behalf of himself and others similarly situated in the proposed FLSA Collective Action,

                    Plaintiff,

-against-

East Side Pizza Corp., 1580 Food Corp., Hesham Attia, and Mohamed Morsi,

                    Defendants.

24 Civ. 5080 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    Defendants East Side Pizza Corp., 1580 Food Corp., and Hesham Attia's request for sanctions, *see* ECF Nos. 23, 24, is DENIED.

    SO ORDERED.

Dated: November 27, 2024
       New York, New York

_____
ANALISA TORRES
United States District Judge