# LEVIN-EPSTEIN & ASSOCIATES, P.C.

60 East 42nd Street • Suite 4700 • New York, New York 10165
T: 212.792.0046 • E: Jason@levinepstein.com

January 7, 2025

*<u>Via Electronic Filing</u>*
The Hon. Analisa Torres, U.S.D.J.
U.S. District Court, Southern District of New York
500 Pearl St.
New York, NY 10007-1312

       *Re*: *Essa v. East Side Pizza Corp. et al*
          <u>Case No.: 24-cv-05080</u>

Dear Honorable Judge Torres:

  This law firm represents Plaintiff Tamer Essa (the "Plaintiff") in the above-referenced matter.

  Pursuant to Your Honor's Individual Motion Practice Rules, this letter respectfully serves to request an extension of the fact discovery completion deadline from January 7, 2025 to, through and including, February 14, 2025.

  This is the first request of its kind. If granted, the instant request would also necessitate an adjournment of the January 27, 2025 case management conference, to a date and time after February 14, 2025.

  The basis of this request is that the parties require additional time to complete paper discovery, and depositions. The parties anticipate being in a position to complete remaining discovery on or before February 14, 2025.

  Counsel for Defendants East Side Pizza Corp., 1580 Food Corp., and Hesham Attia (collectively, the "Appearing Defendants") conditioned his consent to the instant application on extending the fact discovery completion deadline to, through and including, March 14, 2025 (*i.e.*, by an additional one (1) month). In Plaintiff's opinion, a two (2) month extension is not warranted to complete remaining fact discovery in a straightforward FLSA and NYLL matter, involving one (1) individual. Thus, it is the Appearing Defendants' neither expressly consent or object to the instant request.

  In light of the foregoing, it is respectfully requested that the Court extend the fact discovery completion deadline from January 7, 2025 to, through and including, February 14, 2025.

  Thank you, in advance, for your time and attention to this matter.

              Respectfully submitted,

              LEVIN-EPSTEIN & ASSOCIATES, P.C.

            By: */s/ Jason Mizrahi*
              Jason Mizrahi, Esq.

2

 60 East 42nd Street, Suite 4700
New York, New York 10165
Tel. No.: (212) 792-0048
Email: Jason@levinepstein.com
*Attorneys for Plaintiff*

VIA ECF: All Counsel