```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _3/18/2025_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Tamer Essa, on behalf of himself and others similarly situated in the proposed FLSA Collective Action,

                      Plaintiff,

-against-

East Side Pizza Corp., 1580 Food Corp., Hesham Attia, and Mohamed Morsi,

                      Defendants.

24 Civ. 5080 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    Pre-motion letters for summary judgment are due within fourteen days of the close of fact discovery. ECF No. 17 ¶ 8. By order dated January 8, 2025, the Court extended the deadline to complete fact discovery to February 28, 2025. ECF No. 28. By joint letter dated March 17, the parties represent that fact discovery continued past February 28. *See* ECF No. 30.

    Accordingly, by **March 20, 2025**, the parties shall file a joint status letter stating whether any fact discovery remains outstanding. If so, the parties shall propose a deadline for the completion of fact discovery. If not, the parties shall state the date on which the parties consider fact discovery to have closed. The joint letter shall indicate whether either party intends to file a pre-motion letter for summary judgment. If neither party intends to file such a letter, the parties shall jointly propose a trial date.

    Counsel are reminded of their obligation to meet face-to-face for at least one hour to discuss settlement within fourteen days of the close of fact discovery. ECF No. 17 ¶ 9.

    The case management conference scheduled for March 24, 2025, at 10:00 a.m. is ADJOURNED *sine die*.

    SO ORDERED.

Dated: March 18, 2025
       New York, New York

                                            ANALISA TORRES
                                       United States District Judge