```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
Tamer Essa,                         :
                                    :
                                    :   24 CV 5080 (LAP)
                Plaintiff(s),       :
                                    :         ORDER
        -against-                   :
                                    :
East Side Pizza Corp., et al.,      :
                                    :
                                    :
                Defendant(s).       :
                                    :
------------------------------------x
```

LORETTA A. PRESKA, Senior United States District Judge:

      ORDERED that counsel are directed to appear in Courtroom 12 A on April 2, 2025 at 10:00 am for a Pretrial conference in the above action.

SO ORDERED.

*/s/ Loretta A. Preska*

LORETTA A. PRESKA,

Senior U.S.D.J.

Dated: March 26, 2025

New York, New York