UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

TAMER ESSA, on behalf of himself and others similarly situated in the proposed FLSA Collective Action,

*Plaintiff,*

v.

EAST SIDE PIZZA CORP., 1580 FOOD CORP., HESHAM ATTIA, and MOHAMED MORSI,

*Defendants.*

**NOTICE OF MOTION
FOR LEAVE TO WITHDRAW
AS COUNSEL FOR DEFENDANTS**

1:24-cv-05080-LAP

---

To:   All Counsel:

**PLEASE TAKE NOTICE** that Michael K. Chong, LLC, and Michael K. Chong, Esq., shall move before the Honorable Loretta A. Preska, U.S.D.J., United States District Court for the Southern District of New York, at United States Courthouse, 500 Pearl St., New York, NY 10007 on a date and time to be set by the Court, for Leave to Withdraw as Counsel for defendants EAST SIDE PIZZA CORP., 1580 FOOD CORP., and HESHAM ATTIA. In support of said Motion, movant will rely upon the enclosed Affidavit of Michael K. Chong, Esq. and the proposed form of Order is submitted herewith.

Date: March 27, 2025

Law Offices of Michael K. Chong, LLC

By: *s/ Michael K. Chong*
Michael K. Chong, Esq.
*Attorney for Defendants*

2 Executive Drive, Ste. 240
Fort Lee, NJ 07024
Ph#: (201) 947-5200
Fx#: (201) 708-6676

300 Hudson Street, Ste. 10
Hoboken, NJ 07030
Ph#: (201) 708-6675
Fx#: (201) 708-6676

---

*Handwritten order:* Based on the interaction between Defendant Attia and Defense counsel at today's conference, the motion is denied. The Clerk of the Court is directed to close dkt. nos. 34 and 37. **SO ORDERED**

*/s/ Loretta A. Preska*
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE
4/2/25

1